*Walter Park, solicitor*, contra.

---

2958. HOLLAND *v.* THE STATE.

POWELL, J. The court did not err in overruling the certiorari. The fact that the witnesses for the State contradict one another or give evidence tending to impeach one another does not legally prevent the jury from basing a verdict on the testimony of such of them as they believe.

*Judgment affirmed.*

DECIDED NOVEMBER 29, 1910.

Indictment for sale of liquor; from Pierce superior court— Judge Parker. September 24, 1910.

*James R. Thomas, J. R. Walker*, for plaintiff in error.

*J. H. Thomas, solicitor-general, S. F. Memory, solicitor*, contra.